ORIGINAL

SEALED
BY ORDER OF THE COURT

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 06 2023
at 9 o'clock and 00 min. A M
CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. MAG No. 23-00454 KJM |
| PRESTON M. KIMOTO | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   PRESTON M. KIMOTO                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Witness Tampering (18 U.S.C. §1512 (b)(3))

Date: 4/3/2023

_____
Issuing officer's signature

City and state: Honolulu, HI

Kenneth J. Mansfield, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 4/3/2023, and the person was arrested on (date) 4/4/2023
at (city and state) Honolulu, HI.

Date: 4/5/2023

_____
Arresting officer's signature

Thomas Palmer, Special Agent
Printed name and title